UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21029-CIV-ALTONAGA/O'SULLIVAN

XTEC, Incorporated, a Florida
corporation,

    Plaintiff,

vs.

HEMBREE CONSULTING SERVICES, INC.,
an Indiana corporation,
and LARRY HEMBREE, an individual,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF SET-OFF CLAIM**

Pursuant to Southern District Local Rule 5.1(d), Defendants Hembree Consulting Services, Inc. ("HCSI") and Larry Hembree ("Hembree"), collectively the "Hembree Defendants," file this Notice of Set-off Claim regarding their conditional entitlement to a post-verdict set-off based on XTec's settlement with CardSmart Technologies, Inc. and David Fisher in Southern District Case No. 1:11-cv-22866-FAM. *See, e.g.*, *KMS Rest. Corp. v. Wendy's Int'l Inc.*, 194 F. App'x 591, 597-98 (11th Cir. 2006) ("[I]n tort actions allowing for a set-off under sections 768.041 and 46.015, set-off is not an affirmative defense to be considered by the jury but is a determination regarding damages to be made by the court after the verdict is rendered.") (quoting *Felgenhauer v. Bonds*, 891 So. 2d 1043, 1045 (Fla. 2d DCA 2004)); *Chetu, Inc. v. Salihu*, No. 09-60588-CIV, 2010 WL 1372329, at *2 (S.D. Fla. Apr. 2, 2010) (same and explaining that "the language of Section 46.015 is mandatory and states that 'the court shall set off this amount' if 'any person shows the court' that the plaintiff has entered into a settlement

agreement 'in partial satisfaction of the damages sued for.' Fla. Stat. § 46.015(2)."); Fla. Stat. §§ 46.015(2), 768.31(5)(a), 768.041(2).

Defendants provide this notice based on the fact that they received a copy of the *CardSmart* settlement for the first time on October 1, 2015.  Should it become necessary to do so post-trial, the Hembree Defendants will provide a copy of the *CardSmart* settlement to the Court for its *in camera* inspection or, if so directed, will file it.  See *Chetu*, 2010 WL 1372329, at *4 (requiring *in camera* submission of settlement post-trial to address set-off in a trade-secrets action).

Respectfully submitted,

s/ *Thomas Meeks*
Thomas Meeks (314323)
Email:  tmeeks@cfjblaw.com
Gregory Cesarano (217761)
Email: gcesarano@cfjblaw.com
Charles W. Throckmorton (101203)
Email:  cthrockmorton@cfjblaw.com
David L. Luck (041379)
Email: dluck@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:     (305) 530-0050
Fax:    (305) 530-0055
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 2, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel receiving electronic notification via the Court's CM/ECF system.

                                      *s/  Thomas Meeks*
                                      Thomas Meeks

## SERVICE LIST

Eduardo I. Rasco, Esq.
Steve Bimston, Esq.
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, FL  33180
Tel: (305) 937-0300
Fax: (305) 937-1311
Email: eir@rrrklaw.com
       smb@rrrklaw.com
*Attorneys for Plaintiff*

102350654