UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21029-CIV-ALTONAGA/O'SULLIVAN

XTEC, Incorporated, a Florida
corporation,

      Plaintiff,

vs.

HEMBREE CONSULTING SERVICES, INC.,
an Indiana corporation,
and LARRY HEMBREE, an individual,

      Defendants.

_____/

## DEFENDANTS' MOTION FOR SET-OFF
## REGARDING THE CARDSMART SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 59(e) and Southern District Local Rule 7.1, and as an alternative to their renewed motion for judgment as a matter of law and their motion for new trial, Defendants, Hembree Consulting Services, Inc. ("HCSI") and Larry Hembree ("Hembree"), collectively the "Hembree Defendants," file this set-off motion based on XTec's settlement with CardSmart Technologies, Inc. and David Fisher in S.D. Fla. Case No. 1:11-cv-22866-FAM.  A copy of that settlement will be filed with the Court under seal at such time as the memorandum authorized by ECF No. 346 is filed.   The Hembree Defendants previously provided notice of this set-off claim in ECF No. 278.

## CONCLUSION

If the Court does not grant their renewed motion for judgment as a matter of law or their alternative motion for new trial, the Hembree Defendants respectfully request that the Court

alternatively amend its judgment to offset the entire undifferentiated *CardSmart* settlement amount against the award of actual damages returned in the instant case.

Respectfully submitted,

s/ *Thomas Meeks*
Thomas Meeks (314323)
Email:  tmeeks@cfjblaw.com
Gregory Cesarano (217761)
Email: gcesarano@cfjblaw.com
Charles W. Throckmorton (101203)
Email:  cthrockmorton@cfjblaw.com
David L. Luck (041379)
Email: dluck@cfjblaw.com
Carlton Fields Jorden Burt, P.A.
100 SE Second Street, Suite 4200
Miami, Florida 33131
Tel:     (305) 530-0050
Fax:     (305) 530-0055
*Counsel for Defendants*

## CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Southern District Local Rule 7.1(a)(3), I hereby certify that I met and conferred with XTec's counsel regarding the relief sought in this motion at the time this matter arose shortly before trial and that XTec's counsel have stated that they oppose this relief.

s/  *Thomas Meeks*
Thomas Meeks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system and served on all counsel receiving electronic notification via the Court's CM/ECF system.

s/  *Thomas Meeks*
Thomas Meeks

102799178.1

**SERVICE LIST**

Eduardo I. Rasco, Esq.
Steve Bimston, Esq.
ROSENTHAL ROSENTHAL RASCO
KAPLAN, LLC
One Aventura, Suite 600
20900 NE 30th Avenue
Aventura, FL  33180
Tel: (305) 937-0300
Fax: (305) 937-1311
Email: eir@rrrklaw.com
        smb@rrrklaw.com
*Attorneys for Plaintiff*